IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03090-PAB-GPG

LINDSEY HUNGER,

    Plaintiff,

v.

WALMART INC.,

    Defendant.

## NOTICE OF DISMISSAL

    Plaintiff Lindsey Hunger, through the U.S. Attorney's Office for the District of Colorado, and Defendant Walmart Inc. have reached a settlement of the claims against Defendant in this matter. Ms. Hunger notices dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs.

Dated January 14, 2020.                         Respectfully submitted,

                                                 JASON R. DUNN
                                                 United States Attorney

                                                 *s/ Zeyen J. Wu*
                                                 Zeyen J. Wu
                                                 Assistant United States Attorney

1801 California St., Suite 1600  
Denver, Colorado  80202  
Telephone: (303) 454-0100  
Fax: (303) 454-0411  
Email: zeyen.wu@usdoj.gov  

Attorneys for Plaintiff Lindsey Hunger

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail addresses:

None.

and I hereby certify that I emailed or served the document or paper to the following individuals:

Robert DeMoss
Danielle Kitson

*s/ Zeyen J. Wu*
Zeyen J. Wu
United States Attorney's Office